UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

      Plaintiff

v

      Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER:

      JURY VERDICT . This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

      DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Date:

CLERK, U.S. DISTRICT COURT

_____

By: Deputy Clerk