IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff / Counter-Defendant,<br><br>vs.<br><br>PELLA CORPORATION and PELLA WINDOWS AND DOORS, INC.,<br><br>    Defendant. | No. 4:07-cv-00508 - JEG<br><br>ORDER APPROVING SUPERSEDEAS BOND |

   This Court approves the Supersedeas Bond in the amount of Nine Hundred Thousand ($900,000.00) Dollars with Liberty Mutual Insurance Company as principal and Employers Insurance Company of Wausau as surety. As of the date of this approval, this bond shall constitute a supersedeas bond under Federal Rule of Civil Procedure 62(d).

   Dated this 22nd day of April 2010.

*[signature]*
JAMES E. GRITZNER, JUDGE
UNITED STATES DISTRICT COURT