# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 29, 2010

Mr. Charles William Browning
Mr. Jeffrey Charles Gerish
Ms. Danielle Perez
PLUNKETT & COONEY
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI  48304

Mr. Robert V.P. Waterman Jr.
Mr. Thomas D. Waterman
LANE & WATERMAN
220 N. Main Street
Suite 600
Davenport, IA  52801-1987

RE:  10-1933  Liberty Mutual Insurance Co. v. Pella Corporation, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs are available on our website, the address of which is shown above.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      If you have any questions about the schedule or procedures for the case, please contact our office.

      Michael E. Gans  
      Clerk of Court

PSA

Enclosure(s)

cc:    Ms. Robin Cohen  
      Ms. Sheri E. Hametz  
      Ms. Marjorie Krahn  
      Mr. Richard W. Lozier Jr.  
      Mr. Keith McKenna  
      Mr. Steven J. Roman  
      Mr. Mark E. Weinhardt

      District Court/Agency Case Number(s):   4:07-cv-00508-JEG

**Caption For Case Number:   10-1933**

**Liberty Mutual Insurance Company**

       **Plaintiff - Appellant**

**v.**

**Pella Corporation; Pella Windows and Doors, Inc.**

       **Defendants - Appellees**

**Addresses For Case Participants:   10-1933**

Mr. Charles William Browning
PLUNKETT & COONEY
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI  48304

Mr. Jeffrey Charles Gerish
PLUNKETT & COONEY
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI  48304

Ms. Danielle Perez
PLUNKETT & COONEY
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI  48304

Mr. Robert V.P. Waterman Jr.
LANE & WATERMAN
220 N. Main Street
Suite 600
Davenport, IA  52801-1987

Mr. Thomas D. Waterman
LANE & WATERMAN
220 N. Main Street
Suite 600
Davenport, IA  52801-1987

Ms. Robin Cohen
KASOWITZ & BENSON
1633 Broadway
New York, NY  10019

Ms. Sheri E. Hametz
KASOWITZ & BENSON
1633 Broadway
New York, NY  10019

Ms. Marjorie Krahn
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Mr. Richard W. Lozier Jr.
BELIN & MCCORMICK
666 Walnut Street
2000 Financial Center
Des Moines, IA  50309-0000

Mr. Keith McKenna
KASOWITZ & BENSON
1633 Broadway
New York, NY  10019

Mr. Steven J. Roman
DICKSTEIN & SHAPIRO
1825 Eye Street, N.W.
Tenth Floor
Washington, DC  20006-5403

Mr. Mark E. Weinhardt
BELIN & MCCORMICK
666 Walnut Street
2000 Financial Center
Des Moines, IA  50309-0000