# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) Case No. 4:07-CV-00508-JEG-CFB |
| Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) ) |
| PELLA CORPORATION and PELLA WINDOWS AND DOORS, INC., | ) ) ) ) |
| Defendants/Counterclaimants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE, that the undersigned hereby withdraws his appearance in the above-captioned action on behalf of Pella Corporation and Pella Windows and Doors, Inc. ("Pella"), with the consent of co-counsel and Pella.

PLEASE TAKE FURTHER NOTICE, that the undersigned hereby withdraws his request that all notices and all papers served or required to be served in this proceeding be given to and served upon him.

Dated: May 6, 2010
   Washington, DC

DICKSTEIN SHAPIRO LLP

By: /s/ Steven J. Roman
   Steven J. Roman
1825 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

**CERTIFICATE OF SERVICE**

I certify that the foregoing Notice of Withdrawal of Appearance and Removal from Service List was served on May 6, 2010 upon each of the parties below via electronic mail through CM/ECF:

    Charles Wilson Browning, Esq.
    Jeffrey Charles Gerish, Esq.
    Danielle Perez, Esq.
    PLUNKETT & COONEY
    38505 Woodward Ave., Suite 2000
    Bloomfield Hills, MI  48304

    Robert V.P. Waterman, Jr., Esq.
    Thomas D. Waterman
    LANE & WATERMAN
    220 N. Main Street, Suite 600
    Davenport, IA  52801-1987

    Robin L. Cohen, Esq.
    Keith McKenna, Esq.
    Sheri E. Hametz, Esq.
    KASOWITZ & BENSON
    1633 Broadway
    New York, NY  10019

    Richard W. Lozier, Jr., Esq.
    Mark E. Weinhardt, Esq.
    BELIN & McCORMICK
    666 Walnut Street
    2000 Financial Center
    Des Moines, IA  50309-0000

                                 /s/ Steven J. Roman